Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00740-CV

**IN RE** Robert **GONZALES**

Original Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  October 19, 2011

PETITION FOR WRIT OF MANDAMUS DENIED WITHOUT PREJUDICE

On October 10, 2011, relator filed a petition for writ of mandamus, complaining of the trial court's order granting a motion to compel arbitration. However, relator's petition fails to satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52. Relator's petition fails to comply with numerous requirements outlined in 52.3(a)-(k). *See* TEX. R. APP. P. 52.3 ("[t]he petition must, under appropriate headings and in the order here indicated, contain" all of the items listed in 52.3 (a)-(k)). In addition, relator has failed to include an appendix or record that contains the orders complained of. *See* TEX. R. APP. P. 52.3 (k) &

---

[1] This proceeding arises out of Cause No. 2009-CI-14870, styled *Robert Gonzales v. Rent-A-Center, Inc. and John Doe*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathy Stryker presiding. However, relator complains of orders signed by the Honorable Karen Pozza, presiding judge of the 407th Judicial District Court, Bexar County, Texas.

52.7(a) ("Relator must file with the petition [ ] a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding").

Due to the deficiencies in the petition for writ of mandamus filed in this court, we are unable to determine whether the trial court abused its discretion in granting the motion to compel arbitration. Accordingly, the petition for writ of mandamus is DENIED WITHOUT PREJUDICE. TEX. R. APP. P. 52.8(a).

PER CURIAM